# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PLASTIC POLLUTION COALITION,<br><br>  Plaintiff,<br><br>  v.<br><br>PENTAIR THERMAL MANAGEMENT, LLC,<br><br>  Defendants. | Case No. 3:14-cv-03890 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court acknowledges the lodging of the proposed consent decree, dkt. no. 9. In light of this filing, the parties are requested to consent or decline the jurisdiction of a magistrate judge within 14 days. A proposed order is attached. Also, the case management conference is continued to January 7, 2015, at 10:00 a.m. in Courtroom A, 15th Floor, San Francisco. A case management statement is due January 2, 2015.

IT IS SO ORDERED.

DATED:  November 10, 2014

_____
NATHANAEL M. COUSINS
United States Magistrate Judge